**Opinion issued June 8, 2023**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

### NO. 01-23-00400-CV

————————————

## IN RE DUCHUY TUANKIET NGUYEN, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, DucHuy TuanKiet Nguyen, filed a petition for a writ of mandamus asserting that the trial court erred in connection with claims asserted by real party in interest, Thi Khanh Linh Nguyen, against the estate of relator's father, Tinh Duc Nguyen.[1] Relator requests that the Court grant mandamus relief based on the trial

---

[1] The underlying case is *In the Estate of Tinh Duc Nguyen, Deceased*, Cause No. 491848, in Probate Court No. 1 of Harris County, Texas, the Honorable Jerry Simoneaux presiding.

court's "failure to rule on [real party in interest's] claims without examining the claimant and dependent administrator under oath and without hearing other evidence necessary to determine the issue" and based on the trial court's "approval of barred claims."

With his mandamus petition, relator also filed an "Emergency Motion for Temporary Relief," in which relator requested a "stay of the trial court's entry of an order approving claims against the estate asserted by" real party in interest. Relator asserts that this relief is necessary "to preserve the status quo pending this Court's consideration" of his mandamus petition.

Our review of relator's mandamus petition reflects that relator has failed to establish that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). All pending motions, including relator's "Emergency Motion for Temporary Relief," are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.